No. 78. ATLANTIC & GULF STEVEDORES, INC. *v.* ELLER-MAN LINES, LTD. C. A. 3d Cir. Certiorari denied. *Francis E. Marshall* for petitioner. *Mark D. Alspach* for respondent.

No. 80. RING *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied. *Carl E. Ring* for petitioner. *Guy W. Calissi* for respondent.

No. 83. CROMBIE *v.* CROMBIE. Dist. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Paul E. Sloane* for petitioner. *Walter E. Hettman* and *Julian D. Brewer* for respondent.

No. 91. WIPER, EXECUTRIX *v.* GREAT LAKES ENGINEERING WORKS. C. A. 6th Cir. Certiorari denied. *Harvey Goldstein* and *Donald C. Miller* for petitioner. *Leroy G. Vandeveer* for respondent.

No. 95. BERATA ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Albert J. Krieger* for petitioners. *Solicitor General Cox, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 96. HALL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Edmund D. Campbell* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 98. WALKER *v.* FOSTER ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se.* *John Joseph Leahy* for respondents.